# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ERIE INSURANCE COMPANY, | Case No. 3:24-cv-162 |
| Plaintiff, | |
| vs. | District Judge Michael J. Newman |
| | Magistrate Judge Peter B. Silvain, Jr. |
| GREE USA, INC., | |
| Defendant. | |

## NOTICE OF DEFICIENCY AND ORDER

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2). Defendant has not filed a diversity disclosure statement as required by that Rule. Defendant is therefore **ORDERED** to file such a statement no later than **thirty days** from the date of this Order. A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.[1]

IT IS SO ORDERED.

August 12, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] https://www.ohsd.uscourts.gov/ohio-southern-district-forms